

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-21-00274-CV

———————————————————

IN THE INTEREST OF A.A., A CHILD

---

On Appeal from the 271st District Court
Wise County, Texas
Trial Court No. CV20-03-176

---

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT[1]

We have considered appellant's "Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered: October 28, 2021

---

[1]By order dated October 19, 2021, we abated the appeal and remanded the case to the trial court for, in part, a determination of whether appellant wished to pursue the appeal. We hereby reinstate the appeal to dispose of her motion to dismiss.